UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
PIKEVILLE

DOUGLAS MARCEL MEEKS,

    Petitioner,

v.

GREGORY A. KIZZIAH, Warden,

    Respondent.

No. 7:18-CV-80-REW

JUDGMENT

\*\*\* \*\*\* \*\*\* \*\*\*

In accordance with the Opinion & Order entered contemporaneously, the Court **ORDERS** and **ADJUDGES** as follows:

(1) The Court enters **JUDGMENT** in favor of Respondent and against Petitioner;

(2) The Court **DISMISSES** Meeks's § 2241 petition **with prejudice**;

(3) This is a final Judgment as to the rights and liabilities of all claims and parties; and

(4) The Court **STRIKES** this matter from its active docket.

This the 13th day of November, 2019.

Signed By:
Robert E. Wier
United States District Judge